IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE B. HICKMAN,

      Petitioner,                     No. CIV S-06-1734 LKK GGH P

      vs.

STATE OF CALIFORNIA,

      Respondent.                ORDER

_____/

      Petitioner has filed requests for the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time, particularly in light of this court's pending recommendation that this action be dismissed for petitioner's failure to exhaust state court remedies.

\\\\\

\\\\\

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that petitioner's August 7, 2006,
2  August 14, 2006, requests for appointment of counsel are denied without prejudice
3  DATED: 8/23/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
hick1734.110