IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE B. HICKMAN,

    Petitioner,      No. CIV S-06-1734 LKK GGH P

  vs.

STATE OF CALIFORNIA, et al.,

    Respondents.   <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's December 21, 2006, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1

1          For the reasons set forth in the magistrate judge's findings and recommendations,

2    filed on August 18, 2006, petitioner has not made a substantial showing of the denial of a

3    constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

4          IT IS SO ORDERED.

5    DATED:   January 16, 2007.

6

7

8    LAWRENCE  K.  KARLTON
     SENIOR  JUDGE

9    UNITED  STATES  DISTRICT  COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26